UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 22, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                        )<br>              Plaintiff,                        )<br> v.                                                  )<br>                                                        )<br> JAY DUPEE,                                  )<br>              Defendant.                   )<br> _____ ) | Case No. 2:12-mj-00125-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release JAY DUPEE, Case No. 2:12-mj-00125-GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____  Release on Personal Recognizance

__X__  Bail Posted in the Sum of: $75,000.00.

   __X__  Co-Signed Unsecured Appearance Bond

   ____  Secured Appearance Bond

   __X__  (Other) Conditions as stated on the record.

   ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  5/22/2012  at  3:25 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge